# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WHITE PINE COUNTY, NEVADA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES BUREAU OF LAND ) <br> MANAGEMENT, *et al.*, ) <br> ) <br> Defendant. ) | Case No.  2:14-cv-00228-LDG-GWF <br><br> **ORDER OF RECUSAL** |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 13th day of February, 2014.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE